**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Patricia Ann Tope  **V.**  The State of Texas

Appellate case number:   01-12-00960-CR

Trial court case number: 1801347

Trial court:             Co Crim Ct at Law No 3 of Harris County

Date motion filed:       March 5, 2014

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes

☐ Acting individually     ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley and Massengale


Date:  April 1, 2014